The People of the State of New York ex rel. John Murphy, Appellant, v. Stephen B. French and others, Commissioners, etc , Respondents—Proceedings affirmed. Opinion by Davis, P. J., and Daniels, J.; and by Brady, J., dissenting.

Charles Pfaendler, Respondent, v. Peter Bowe, Sheriff, etc., Appellant.—Judgment reversed, new trial ordered, costs to abide event. Opinion by Daniels, J.

Frank W. Greene, Respondent, v. Artemas Bigelow and William A. Thomas, Appellants.—Judgment affirmed. Opinion by Brady, J.

Theodore W. Dwight, Respondent, v. Samuel N. Dada, Appellant.—Judgment reversed, new trial ordered, costs to abide event. Opinion by Davis, P. J.

Samuel Philips, Appellant, v. William Mackellar, Respondent.—Judgment affirmed. Opinion by Davis, P. J., and by Daniels, J., dissenting.

The People of the State of New York ex rel. O. L. Jones, Appellant, v. William H. Kelly, Respondent.—Motion to quash inquisition granted. Opinion by Daniels, J.

In the Matter of Benjamin A. Willis.—Order modified as indicated in opinion of Daniels, in the Matter of Miller.

People ex rel. Julius Meyer, Plaintiff in Error, v. The Court of Special Sessions, etc., Defendants in Error. — Judgment affirmed. Opinion by Daniels, J.

Randolph Guggenheimer, Plaintiff, v. John Sullivan, Defendant. — Judgment ordered as directed in opinion. Opinion by Daniels, J.

Ambrose J. Agate, Appellant, v. Ann Eliza Agate, Respondent. — Judgment reversed, new trial ordered, costs to both parties to abide event. Opinion by Davis, P. J.

Augustus D. Leighton, Plaintiff in Error, v. The People of the State of New York, Defendants in Error. — Judgment affirmed. Opinion by Daniels, J.

Catharine Mallon, Respondent, v. James Duffy and others, Appellants. — Judgment affirmed. Opinion by Brady, J.